# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RALPHAEL RAYSHAWN BOBO
ADC #141276                                                              PLAINTIFF

v.                              No. 1:18-cv-1-DPM-JTR

RYAN E. PFITZNER, Corporal, Grimes
Unit, ADC; MATTHEW WATSON,
Corporal, Grimes Unit, ADC; COREY
MELTON, Sgt., Grimes Unit, ADC;
CLINTON BAKER, Lt., Grimes Unit,
ADC; and CHRISTOPHER STOMP,
Corporal, Grimes Unit, ADC                                            DEFENDANTS

## ORDER

Unopposed partial recommendation, № 35, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 16, is partly granted and partly denied. Bobo may proceed with his excessive force claim against Pfitzner. All other claims are dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2019