# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**RALPHAEL RAYSHAWN BOBO**
**ADC #141276**                                              **PLAINTIFF**

v.                          No. 1:18-cv-1-DPM

**RYAN E. PFITZNER,**
**Corporal, Grimes Unit, ADC**                               **DEFENDANT**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, № 47. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 41, granted. Bobo's excessive force claim against Pfitzner will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2020