# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

RALPHAEL RAYSHAWN BOBO
ADC #141276                                                          PLAINTIFF

v.                          No. 1:18-cv-1-DPM

RYAN E. PFITZNER, Corporal, Grimes
Unit, ADC; MATTHEW WATSON,
Corporal, Grimes Unit, ADC; COREY
MELTON, Sgt., Grimes Unit, ADC;
CLINTON BAKER, Lt., Grimes Unit,
ADC; and CHRISTOPHER STOMP,
Corporal, Grimes Unit, ADC                                          DEFENDANTS

## JUDGMENT

Bobo's excessive force claim against Pfitzner is dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2020